


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:
A black/2007/Chevrolet/Avalanche bearing Georgia license plate number RKB-5799

CASE NO. 3:18MJ035-SLO

---

ORDER SEALING APPLICATION FOR TRACKING WARRANT, SUPPORTING AFFIDAVIT, TRACKING WARRANT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application for Tracking Warrant, Supporting Affidavit, Tracking Warrant and Return for captioned matter be sealed and kept from public inspection.

4/3/18
DATE

MICHAEL J. NEWMAN
U.S. MAGISTRATE JUDGE